■ HARTFORD INSURANCE COMPANY, Appellant, v ROLAND HALE et al., Respondents.—Order unanimously reversed on the law without costs and motion granted. Memorandum: Summary judgment should have been granted to plaintiff against defendant, a town supervisor, even though there was no showing of negligence on his part. It is undisputed that town funds had been converted during defendant's term of office. A public officer is strictly liable for the loss of public funds received by virtue of his office (*Matter of Bird v McGoldrick*, 277 NY 492; *City of New York v Fox*, 232 NY 167, 169; *Tillinghast v Merrill*, 151 NY 135, 142; *Fidelity & Cas. Co. v Finch*, 3 AD2d 141, 143; *Town of Evans v Catalino*, 103 Misc 2d 261, 266, *affd* 88 AD2d 780, *lv dismissed* 58 NY2d 687). (Appeal from order of Supreme Court, Allegany County, Sprague, J.—summary judgment.) Present—Dillon, P. J., Boomer, Green, Lawton and Davis, JJ.

■ LORETTA WACHOWIAK, Appellant, v CITY OF BUFFALO, Respondent.—Order unanimously affirmed without costs (*see, Drzewiecki v City of Buffalo*, 51 AD2d 870). (Appeal from order of Supreme Court, Erie County, Fudeman, J.—summary judgment.) Present—Dillon, P. J., Boomer, Green, Lawton and Davis, JJ.

■ PATRICIA E. McLENNAN et al., Respondents, v COUNTY OF ERIE, Appellant. (And a Third-Party Action.)—Order unanimously reversed on the law with costs, motion granted and complaint dismissed. Memorandum: Since plaintiff did not provide a reasonable excuse for her failure to comply with defendant's demand that she file a note of issue within 90 days, the trial court abused its discretion in denying defendant's motion to dismiss the complaint (*see,* CPLR 3216 [e]; *Mason v Simmons*, 139 AD2d 880; *Alise v Colapietro*, 119 AD2d 921; *MacLeod v Nolte*, 106 AD2d 860). (Appeal from order of Supreme Court, Erie County, Kubiniec, J.—dismiss complaint.) Present—Dillon, P. J., Boomer, Green, Lawton and Davis, JJ.

■ KATHY J. ROWE, Respondent, v LUMBERMEN'S MUTUAL CASUALTY COMPANY, Appellant.—Order unanimously affirmed with costs for reasons stated in memorandum decision at Supreme Court, O'Donnell, J. (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.—summary judgment.) Present—Dillon, P. J., Boomer, Green, Lawton and Davis, JJ.